IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Greenbelt Division)

| | | |
|---|---|---|
| **ACCESS FOR THE DISABLED, INC., et al.** | * | |
| **Plaintiffs** | * | |
| v. | * | Case No.: 8:09-cv-01255-RWT |
| **IVERSON MALL LIMITED PARTNERSHIP** | * | |
| **Defendant** | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

### STIPULATION OF DISMISSAL WITH PREJUDICE

By stipulation of all parties, please dismiss this action, and all claims and demands made therein, ***with prejudice*** pursuant to Fed. R. Civ. P. 41(a)(1).

Respectfully submitted,

/s/     Pete M. Monismith
Pete M. Monismith #29053
Thomas B. Bacon, P.A.
1710 Quarry Lane
Apollo, Pennsylvania 15613
(724) 610-1881
(724) 212-3981 Facsimile
monismithlaw@thomasbaconlaw.com
*Attorney for Access for the Disabled, Inc
and Denise Payne*

/s/     Samuel T. Wolf
Jeffrey R. Schmieler #02884
Samuel T. Wolf #17533
Saunders & Schmieler, P.C.
The Montgomery Center, Suite 1202
8630 Fenton Street
Silver Spring, Maryland 20910
(301) 588-7717
(301) 588-5073 Facsimile
schmielerj@sslawfirm.com
wolfs@sslawfirm.com
*Attorneys for Iverson Mall Limited
Partnership*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on June 18, 2010, the foregoing Stipulation of Dismissal, was filed with the Court using the CM/ECF system, which will send notification of such filing to:

Pete Monismith
1710 Quarry Lane
Apollo, Pennsylvania 15613
monismithlaw@yahoo.com

and

Thomas B. Bacon
Thomas B. Bacon, P.A.
4868 SW 103rd Avenue
Cooper City, Florida 33328
tbb@thomasbaconlaw.com

*Attorneys for Plaintiffs*

                                                 /s/ Samuel T. Wolf
                                                 Samuel T. Wolf #17533